# EXHIBIT "A"

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF WASHINGTON



# Civil Action Hearing Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-27-2-01 |
| MDJ Name: | Honorable David W. Mark |
| Address: | 68 East Pike Street, Suite 205<br>Canonsburg, PA 15317 |
| Telephone: | 724-745-5754 |

Scott Hodges
v.
US Post Office

US Post Office
120 W Pike St
Canonsburg, PA 15317

Docket No: MJ-27201-CV-0000281-2019
Case Filed: 10/25/2019

Your Role: Defendant

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| Date: **Wednesday, December 4, 2019** | Place: Magisterial District Court 27-2-01, Canonsburg |
|---|---|
| Time: **9:40 AM** | 68 East Pike Street, Suite 205<br>Canonsburg, PA 15317<br>724-745-5754 |

## Notice To Defendant

If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.

**You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.M.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.C.P.M.D.J. No. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

---

MDJS 308
Printed: 10/25/2019  2:46:37PM

1

 FREE INTERPRETER
www.pacourts.us/language-rights
724-228-6798

| COMMONWEALTH OF PENNSYLVANIA COUNTY OF Washington | | CIVIL COMPLAINT |
|---|---|---|

Mag. Dist. No: MDJ-27-2-01
MDJ Name: Honorable David W. Mark
Address: 68 E Pike St #205
Canonsburg, PA 15317

Telephone: (724) 745-5754

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 174.75 | |
| POSTAGE | $ 6.50 | |
| SERVICE COSTS | $ | |
| CONSTABLE ED. | $ | |
| TOTAL | $ 181.25 | |

PLAINTIFF:   NAME and ADDRESS
Scott Hodges
1013 Maplewood Dr
Canonsburg, PA 15317

v.

DEFENDANT:   NAME and ADDRESS
US Post Office
120 West Pike Street
Canonsburg, PA 15317

Docket No: CV-256-19
Case Filed:

OCT 25 2019

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant:   The above named plaintiff(s) asks judgment against you for $ 9,500.00 _____ together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

Negligence in loss of package containing irreplaceable legal and financial records. No attempt to recover the package once it was deemed lost. Negligent or intentional organizational policy and processes designed to obstruct individuals from obtaining information, filing a claim or requesting refund once a package is lost (i.e. no customer service number, no follow up, poorly designed and broken web site, no ability of customers or local mail staff to interact with lost mail tracking personel, no feedback or review process). See attached talking points and related exhibits.

I, Scott Hodges _____ verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

AOPC 308A                                                                 1                    FREE INTERPRETER
                                                                                                                    www.pacourts.us/language-rights

# COMMONWEALTH OF PENNSYLVANIA

## COUNTY OF WASHINGTON

CANONSBURG BOROUGH
HOUSTON BOROUGH
CHARTIERS TOWNSHIP
CANTON TOWNSHIP

**DAVID W. MARK**

**MAGISTERIAL DISTRICT JUDGE**

Magisterial District 27-2-01
68 East Pike Street, Suite 205
Canonsburg, PA 15317

OFFICE: 724/745-5754
FAX: 724/745-5763

**Defendant**

## Important

## PLEASE READ BEFORE COMING TO COURT

If you are contesting this matter, you **must** call this Court within five (5) days of receipt of this notice. When calling, use the above phone number or fax to 724-745-5763 and have the docket number ready (begins with CV). If you appear without calling first, the hearing will be postponed to a later date and you will be charged with a continuance.

If you are **not** contesting the matter or the amount owed then you **do not need to appear**. A "Default Judgment" will be entered against you and you will receive notice of same by mail.

Thank you,
Magisterial District 27-2-01